Workmen's Compensation Law for the Death of EUGENE CURTIN, v. WARSAW CONSTRUCTION COMPANY, Employer, and THE TRAVELERS INSURANCE COMPANY, Insurance Carrier, Appellants.— Award unanimously affirmed.

LEONARD PAULSON and Others, Doing Business under the Firm Name and Style of PAULSON, LINKROUM & Co., Appellants, v. HERBERT SHAW, Respondent.— Judgment unanimously affirmed, with costs.

EDGAR D. STARBUCK v. THE GREAT EASTERN CASUALTY COMPANY.— Motion denied.

STANDARD OIL COMPANY OF NEW YORK, Respondent, v. HARRY S. LA VALLE, Appellant.— Judgment unanimously affirmed, with costs.

SHEFFIELD-KING MILLING COMPANY, Respondent, v. W. N. CARPENTER COMPANY, Appellant.— Judgment and order unanimously affirmed, with costs.

JACOB H. SAPERSTEIN, Respondent, v. THE MECHANICS AND FARMERS' SAVINGS BANK OF ALBANY, Appellant.— Judgment unanimously affirmed with costs.

JESSE B. SMITH and CLARA M. SMITH, Respondents, v. AARON W. NEWMAN, Appellant.— Order unanimously affirmed, with costs.

FRANK THRESHER, Respondent, v. THE CITY OF SCHENECTADY, Impleaded with A. VEDDER MAGEE and FREDERICK F. PROCTOR, Appellants.— Judgment and order unanimously affirmed, with costs. H. T. Kellogg, J., not sitting.

TOWN OF RUSSIA, HERKIMER COUNTY, N. Y., Appellant, v. STATE OF NEW YORK, Respondent.— Judgment unanimously affirmed, with costs.

VILLAGE OF CANTON, NEW YORK, Respondent, v. DEGRASSE PAPER COMPANY, Appellant.— Order unanimously affirmed, with ten dollars costs and disbursements.

LOUIS E. WOODS, Appellant, v. LUCIEN N. SIZER and HERBERT A. CHURCH, Respondents.— Judgment and order unanimously affirmed, with costs.

ANDREW A. ZIEGLER, Appellant, v. THE NEW YORK CENTRAL RAILROAD COMPANY, Respondent.— Judgment unanimously affirmed, with costs, on the authority of *Bly* v. *Edison Electric Illuminating Co.* (172 N. Y. 1) and *Miller* v. *Edison Electric Illuminating Co.* (184 id. 17).

CHARLOTTE A. BINGHAM, Appellant, v. STATE OF NEW YORK, Respondent. — Motion denied.

JENNIE BROWNELL, Respondent, v. HIRAM SCRIBNER, Appellant.— Order unanimously affirmed, with ten dollars costs and disbursements.

FRED H. CRANDELL, Respondent, v. ADELINE D. CRANDELL, Appellant.— Order unanimously affirmed, without costs.

FRED H. CRANDELL, Appellant, v. ADELINE D. CRANDELL, Respondent.— Orders unanimously affirmed, without costs.

EARL HAYES, Respondent, v. EDGAR GREGORY, Appellant.— Motion denied.

LEON J. HANVEY, as Administrator, etc., of WILLIAM G. C. HANVEY, Deceased, Respondent, v. THE ULSTER AND DELAWARE RAILROAD COMPANY, Appellant.— Motion denied.

GEORGE W. KAVANAUGH, Appellant, v. KAVANAUGH KNITTING Co.,